**Admitted in New York State**
**& State of New Jersey**

**MICHAEL R. CURRAN**
*Attorney-at-Law*
**36-09 Main Street, Suite 9B-2**
**Flushing, New York 11354**
**(347) 549-2079) (phone)**
**(347) 778-5918 (facsimile)**
**(718) 830-7741 (messages/voicemail)**
mrc4law@yahoo.com*

December 14, 2022

Hon. Ronnie Abrams,
United States District Judge                    **Filed via ECF e-Filing**
United States District Court for
       the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10017

**In re: Huiling Li et al. v. Alejandro Mayorkas et al., Case No. 22-cv-9303-RA (SDNY)**

Dear Judge Abrams:

       The undersigned is attorney for the four-plaintiff family having brought a mandamus action against the Department of Homeland Security and United States Citizenship & Immigration Services for having failed to grant resident alien status for seven (7) years without any explanation to the applicants. The family successfully received favorable status under an I-526 Petition.

       Currently, the Court has set a conference call for December 15, 2022 for the parties, but there is need for the Court to be informed herein in the form of a Status Report, as the call will not be fruitful in the absence of the United States defendants.

       There are two points to be made.

(1)       Plaintiffs have not been contacted by defendants, who received the pleadings by certified mail on November 7, 2022. The U.S. defendants must answer by January 6, 2023 (90 days).

(2)       As the Court is aware, the case is a mandamus action to compel U.S. defendants to issue resident alien status to the plaintiffs. In the interim, it appears that two of the plaintiffs, Huiling Li and Shujie Wang (husband and wife), have been approved for adjustment of status and grant of resident alien status. The two children of the marriage, Yue Wang and Penghao Wang, have bafflingly had their cases transferred to another area for further processing. Counsel of record in the immigration cases is trying to sort out the situation.

(3)     As a result of the foregoing situation, it is respectfully requested that the 12/15/2022 conference call be adjourned to sometime in January 2023, preferably after 01/06/2023.  This is the second request for an adjournment through no fault of plaintiffs.

       Plaintiffs respectfully submit this request for the Court's approval and rescheduling.

       Thank you.

       Respectfully submitted,
       ***<u>Michael R. Curran /s/</u>***
       Michael R. Curran

cc:     Mr. Michael Tang, Esq. (counsel for USCIS case)

Application granted.  The telephonic initial pretrial conference is adjourned to January 20, 2023 at 4:45 p.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.  No later than one week prior to the conference, the parties shall submit a joint status letter and proposed case management plan.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
12/15/2022